IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRED W. TUCKER, | § | |
| TDCJ NO. 1238167, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. 3:08-CV-1734-K |
| | § | |
| RICHARD THALER, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division | § | |
| | § | |
| Respondent. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Petitioner filed objections on March 7, 2011, and on March 10, 2011 (Motion to Amend Petitioner's Objections to the Magistrate's Findings, Conclusions, and Recommendations) in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Petitioner's Motion to Amend is **GRANTED**, and the Court has considered those amended page(s).

Consequently, Petitioner's Objections are hereby **OVERRULED**.

**SO ORDERED**.

Signed this 10th day of March, 2011.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE